FILED
2019 Sep-04  PM 05:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** individually, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **Case No.: 1:19-cv-00896-ACA** |
| **WILLIAMSON OIL CO, INC., LIMBOJ, LLC; and GAYNELLE PITTS,** | ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff MARY ANN PARKER and Defendant WILLIAMSON OIL CO., INC., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice as to Defendant, WILLIAMSON OIL CO., INC. only. Each party to bear its own cost and fees.  This action is to continue forward against Defendants LIMBOJ, LLC and GAYNELLE PITTS.

Dated this the 4th day of August, 2019.

Respectfully submitted,

 /s/ Amanda H. Schafner_____
Amanda H. Schafner (asb-5509-s54c)

*Counsel for Plaintiff*
**Schafner Law Group, LLC**
P.O. Box #841
Birmingham, AL 35201
Telephone: (256) 490-3004
E-Mail: ahschafner.law@gmail.com


/s/ T. Kelly May _____
T. Kelly May ( asb-6090-y57t)
*Counsel for Williamson Oil Co., Inc.*
**CLARK MAY PRICE LAWLEY**
**DUNCAN & PAUL, LLC**
3070 Green Valley Road
P.O. Box 43408
Birmingham, AL 35243
Telephone: (205) 267-6601
Fax: 205-573-0235
Email: kmay@clarkmayprice.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have served the same via the CM/ECF system to the following:

T. Kelly May
H. Cannon Lawley
Jeremy S. Gaddy
CLARK MAY PRICE LAWLWY DUNCAN & PAUL, LLC
3070 Green Valley Road
P.O. Box 43408
Birmingham, AL 35243
**Email: kmay@clarkmayprice.com**

                                      _/s/ Amanda H. Schafner_____
                                      Attorney for Plaintiff