# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **Mary Ann Parker,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| **v.** | }   Case No.: **1:19-cv-896-ACA** |
| | } |
| **Williamson Oil Co Inc, et al.,** | } |
| | } |
| **Defendants.** | } |

## ORDER

This case is before the court on the Joint Stipulation of Dismissal filed by Plaintiff and Defendant Williamson Oil Co., Inc., on September 4, 2019 (Doc. 15). It is hereby **ORDERED** that the action against Defendant Williamson Oil Co., Inc., is **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs and fees.

This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any remaining Defendant.

      **DONE** and **ORDERED** this September 6, 2019.

_____
  **ANNEMARIE CARNEY AXON**
  UNITED STATES DISTRICT JUDGE