FILED

2019 Sep-25  AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **MARY ANN PARKER,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  1:19-cv-896-ACA** |
| | } | |
| **WILLIAMSON OIL CO INC, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

This case is before the court on the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff and Defendant Gaynelle Pitts on September 11, 2019. (Doc. 17). It is hereby **ORDERED** that the action against Defendant Gaynelle Pitts is **DISMISSED WITHOUT PREJUDICE**.  Costs taxed as paid.

This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any remaining Defendant.

**DONE** and **ORDERED** this September 25, 2019.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE